UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JIGME LOTEN, :
                                              Civil Action No. 10-2878 (DMC)
        Petitioner, :

        v. :      **ORDER**

ERIC H. HOLDER, et al., :

        Respondents. :

    Petitioner Jigme Loten has presented for filing a Petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 and an Application to proceed <u>in forma pauperis</u> pursuant to 28 U.S.C. § 1915(a)(1).

    Based upon Petitioner's affidavit of indigence, IT IS on this 27 day of Aug., 2010,

    ORDERED that Petitioner's application to proceed <u>in forma pauperis</u> is hereby GRANTED.

                                                       */s/ Dennis M. Cavanaugh*
                                                       Dennis M. Cavanaugh
                                                       United States District Judge